**Sam and Ben Gold, appellees, v. Employers' Liability Assurance Corporation, Ltd., of London, England, appellant. Gen. No. 28,821.**

Action on burglary insurance policy. Judgment for value of two fur coats lost by burglary. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed on remittitur. Opinion filed April 3, 1924.

John Clark Baker, for appellant. Otto Kerner, for appellees; James S. Wight, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**L. A. Washburn, appellant, v. D. J. Hayes, appellee. Gen. No. 28,738.**

Action for real estate brokerage commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. L. B. Fish, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

Peden, Graydon, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. T. P. Grant, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Harry Kolber, appellee, v. Employers' Liability Assurance Corporation, Limited, of London, England, appellant. Gen. No. 28,820.**

Action on disability insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. I. L. Weaver; Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed with finding of facts. Opinion filed April 14, 1924.

John Clark Baker, for appellant. Harold A. Fein, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Wladyslaw Zabierek, appellee, v. Anton Lisowski, appellant. Gen. No. 28,853.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

Dwight B. Carmichael, for appellant. Sinden & Hassell, for appellee.

Mr. Justice Johnston delivered the opinion of the court.